Commonwealth *v.* Spearman, Appellant.

Argued December 5, 1973. *Joseph R. Siegert,* for appellant; *Mark Sendrow,* Assistant District Attorney, with him *James T. Ranney* and *David Richman,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.

Commonwealth *v.* Spidle, Appellant.

Submitted December 4, 1973. *Murray B. Frazee, Jr.,* for appellant, *Oscar F. Spicer,* for Commonwealth, appellee.

Order affirmed.

SPAULDING, J., absent.